■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BAILEY, Appellant. (Appeal No. 2.) [963 NYS2d 887]— Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), rendered June 6, 2011. The judgment convicted defendant, upon a jury verdict, of failing to register internet identifiers as a sex offender.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Bailey* (105 AD3d 1359 [2013]). Present—Centra, J.P., Fahey, Carni, Lindley and Whalen, JJ.